UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 9, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IONEL PASCAN, ) <br> ) <br> Defendant. ) | Case No. 2:15-MJ-00191-AC-5 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IONEL PASCAN</u>, Case No. <u>2:15-MJ-00191-AC-5</u>, Charge <u>18 USC §§ 922(a)(1)(A), 371; 26 USC § 5861(f),(i); 21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    ✔   (Other)     <u>With pretrial supervison as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 9, 2015</u> at <u>3:30</u> pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge